UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 17-23143-CIV-MARTINEZ-OTAZO-REYES**

ARNALDO MOINELLO HERNANDEZ,
    Plaintiff,

vs.

CONCEPT AUTO, INC., et al.,
    Defendants.
_____/

### ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR CONSENT MATTERS

PURSUANT to the Magistrate Rules of the Local Rules of the Southern District of Florida, and with the consent to jurisdiction of all parties in the suit, the above-captioned cause is referred to United States Magistrate Judge **Alicia M. Otazo-Reyes** to conduct any and all further proceedings in this case, including trial and entry of final judgment in accordance with 28 U.S.C. § 636(c) and Fed R. Civ. P. 73. It is

**ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case:

1. To indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (CASE NO.: 17-23143-CIV-OTAZO-REYES).

2. To indicate on the first page under the case number, of all above-referenced motions and related papers hereafter, that the filing is a consent case.

3. The Clerk is **DIRECTED** to close out this case with respect to the undersigned only and refer all future matters to Magistrate Judge Otazo-Reyes alone.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of December, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record